**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ARTHUR KUNGLE, JR.** <br><br> Plaintiff, <br><br> v. <br><br> **EXECUTIVES, STATE FARM INSURANCE,** *et al.* <br><br> Defendants. | Case No.: 13-CV-01338 <br> Judge Reggie B. Walton <br><br> efiled |

**DEFENDANT STATE FARM'S MOTION TO STRIKE DOCKET ENTRIES 9 AND 10**

The Defendant, improperly identified as "Executives State Farm Insurance" and "Claims Department State Farm Insurance", which should have properly been identified as "State Farm Fire and Casualty Company," by and through its counsel, BUDOW AND NOBLE, P.C., and Michael J. Budow, pursuant to F.R.C.P. 12(b)(6) and 12(f), hereby moves to strike Plaintiff's filings, docket entries 9 and 10, for failing to comply with F.R.C.P. 8(d) and 10(b). In support thereof, Defendant State Farm states as follows:

1. Defendant State Farm incorporates by reference the arguments previously asserted in its Motion to Dismiss.

2. Docket entry 9 vaguely asserts that Defendant State Farm refused to pay a claim due to racial bias. There are no facts asserted to support this bald and conclusory statement.

3. Docket entry 10 refers to federal civil rights statutes and makes nonsensical bald and conclusory statements concerning records and other documents which were allegedly provided to State Farm, and were lost. Plaintiff fails to specify what documents he is referring to, and why losing

documents, which State Farm adamantly denies, would be a violation of federal civil rights statutes cited.

4. Plaintiff further states that the Defendant State Farm has conspired to commit fraud against him. Once again, Plaintiff fails to plead the alleged fraud with specificity, as required by F.R.C.P. 9(b), and a cause of action for conspiracy may not stand alone under Maryland law. See Van Royen v. Lacey, 262 Md. 94, 97-98, 277 A.2d 13, 14-15 (1971) (citation omitted).

5. F.R.C.P. 8(d) requires that a pleadings (which includes a Complaint) must be simple, concise and direct. F.R.C.P. 10(b) requires parties to set forth claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances. Plaintiff's Complaint fails to comply with either Rule.

WHEREFORE, Defendant, State Farm Fire and Casualty Company, respectfully requests that Plaintiff's filings, Docket Entries 9 and 10, be STRICKEN for failing to comply with the applicable Federal Rules of Civil Procedure.

                        Respectfully Submitted:

                        BUDOW AND NOBLE, P.C.

                        /s/
                        Michael J. Budow, Bar No. 206045
                        The Air Rights Center
                        7315 Wisconsin Avenue, Suite 500W
                        Bethesda, MD 20814
                        (301) 654-0896 office
                        (301) 907-9591 facsimile
                        mbudow@budownoble.com
                        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2013, the foregoing ***Defendant's Motion to Strike Docket Entries 9 and 10*** was sent to the following parties via regular mail, first-class, postage prepaid to:

Arthur Kungle, Jr.
P. O. Box 365
Annapolis, MD 21404-0365
Plaintiff pro se

>                         /s/
> Michael J. Budow

J:\CLIENTS\State Farm\Kungle-A\U.S. District Court  DC -- Federal Suit\MtntoStrikeDocketEntries9&10(11-10-13).wpd

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHUR KUNGLE, JR.** | |
| Plaintiff, | |
| v. | Case No.: 13-CV-01338 |
| | Judge Reggie B. Walton |
| **EXECUTIVES, STATE FARM INSURANCE,** *et al.* | efiled |
| Defendants. | |

## ORDER

UPON CONSIDERATION of Defendants' Motion to Strike Docket Entries 9 and 10, and any opposition filed thereto, it is this _____ day of _____, 2013,

ORDERED, that the Defendants' Motion be, and the same is hereby GRANTED; and it is further,

ORDERED, that Plaintiff's filings, Docket Entries 9 and 10, be and the same are hereby STRICKEN.

							_____
							REGGIE B. WALTON, JUDGE
							U.S. District Court for the District of Columbia

copies to:

Arthur Kungle, Jr.
P. O. Box 365
Annapolis, MD 21404
Plaintiff *pro se*

Michael J. Budow, Esquire
BUDOW AND NOBLE, P.C.
7315 Wisconsin Avenue
Suite 500 West
Bethesda, MD 20814
*Attorneys for Defendants*